IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUA HOFFEE and SARAH HOFFEE** : <br>     **Plaintiffs,** : <br> : <br> v. : <br> : <br> **AAC TRANSPORTATION LLC, PEDRO CARCANO, GUILLERMO CRUZ, AMAZON.COM, INC., t/d/b/a AMAZON and J.W. LOGISTICS OPERATIONS, LLC.** : <br> : <br>     **Defendants.** : | Civil No. 1:18-cv-01908 <br><br><br><br><br><br><br><br><br><br><br><br> Judge Sylvia H. Rambo |

# O R D E R

For the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant Amazon.com Inc.'s ("Amazon") motion to dismiss is granted, and Plaintiffs' claims against Amazon are dismissed without prejudice. **IT IS FURTHER ORDERED** that Plaintiffs may file an amended complaint within fourteen (14) days of the date of this order.

                                                                     *s/ Sylvia H. Rambo*
                                                                     SYLVIA H. RAMBO
                                                                     United States District Judge

Dated: June 26, 2019